**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-01269-REB-PAC

VINCENT JAMES GRANDI, JR., VINCENT JAMES GRANDI, III, MARIA L. GRANDI, VANESSA L. GRANDI, MATTHEW L. GRANDI, DONNA NIKANDER, and OLLI NIKANDER,

        Plaintiffs

v.

MARION CAMDEN, PSY.D., ANNE FLANIGAN, PSY.D., ERIN McCARTHY, and GERRY POIRIER.

        Defendants.

---

**MINUTE ORDER**

---

Order Entered by Magistrate Judge Patricia A. Coan
September 23, 2005

      The Court, on Counsel for Defendant Anne Flanigan's September 22, 2005 Unopposed Motion To Attend Hearing by Telephone, and being fully advised on the matter, hereby **ORDERS** that the motion is **GRANTED**.

      Counsel for Defendant Flanigan may attend the October 4, 2005 motion hearing in this matter by telephone.  Counsel shall call the Court at 303-844-4892  at the time of hearing.