IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01269-REB-PAC

VINCENT JAMES GRANDI, JR., as an individual, and on behalf of his minor daughter and
son
VINCENT JAMES GRANDI, III, as an individual,
MARIA L. GRANDI, as an individual,
VANESSA L. GRANDI, as a minor,
MATTHEW L. GRANDI, as a minor,
DONNA NIKANDER, as an individual, and
OLLI NIKANDER, as an individual,

      Plaintiff(s),

v.

MARION CAMDEN, Psy. D., as an individual and in professional capacity as a custody
evaluator,
ANNE FLANIGAN, Psy. D., as an individual and in professional capacity as a treating
psychologist,
ERIN McCARTHY, a/k/a GRANDI , a/k/a POIRIER, as an individual, and
GETTY POIRIER, as an individual,

      Defendant(s).

_____

## ORDER
_____

**Patricia A. Coan, United States Magistrate Judge**

      IT IS HEREBY

      **ORDERED** that the deadline to serve defendants McCarthy and Poirier and file

returns of service with the Court is **October 31, 2005**.  It is further

      **ORDERED** that defendants McCarthy and Poirier shall serve their answers or other

responsive pleadings to the Complaint **no later than 20 days after service**, unless they

have already been served, in which case the applicable time limit in Rule 12, Fed.R.Civ.P.

applies.   It is further

**ORDERED** that if there is no ruling on Drs. Camden and Flanigan's motions  to

dismiss by November 15, 2005, then another scheduling conference will be held in

Courtroom A-501 on **November 22, 2005 at 8:15 a.m.** A proposed amended scheduling

order is due no later than **November 17, 2005.**

Dated September 30, 2005.

By the Court:
s/Patricia A. Coan
Patricia A. Coan
Magistrate Judge