IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01269-REB-PAC

VINCENT JAMES GRANDI, JR., as an individual, and on behalf of his minor daughter and son
VINCENT JAMES GRANDI, III, as an individual,
MARIA L. GRANDI, as an individual,
VANESSA L. GRANDI, as a minor,
MATTHEW L. GRANDI, as a minor,
DONNA NIKANDER, as an individual, and
OLLI NIKANDER, as an individual,

      Plaintiff(s),

v.

ERIN McCARTHY, a/k/a GRANDI , a/k/a POIRIER, as an individual, and
GETTY POIRIER, as an individual,

      Defendant(s).

_____

**ORDER Denying Motion to Stay All Discovery Pending Ruling on Motions to Dismiss**
_____

Patricia A. Coan, United States Magistrate Judge

      Plaintiff Vincent Grandi, his children, his sister, and his brother-in-law allege, through a §1983 action, denial of due process and equal protection, First, Fourth, Fifth and Fifteenth Amendment violations, conspiracy under §1985, and state claims including breach of express contract, breach of implied covenant of good faith and fair dealing, breaches of fiduciary duty, civil conspiracy, outrageous conduct, and malpractice.  See July 8, 2005 Complaint.  Some of the plaintiffs claim loss of the right of association with

05-cv-01269-REB-PAC
October 5, 2005

Matthew Grandi. See *id.* The claims allegedly arise out of incidents prior and subsequent to state court proceedings to determine child custody, removal of a child, and related matters. See *id.* Not all claims are brought against all defendants. The defendants are Vincent Grandi's ex-wife, her new boyfriend, a court appointed custody evaluator and a psychologist who treated Matthew Grandi, one of plaintiff Vincent Grandi's children. See *id.*

This case was referred to the undersigned magistrate judge on July 12, 2005 for pretrial case management. Defendant Drs. Camden and Flanigan both filed motions to dismiss on August 17, 2005. The Scheduling Order entered on September 21, 2005. I note from the Court's record that no returns of service have been filed for defendants McCarthy and Poirier to date. The matter now before the Court is Defendants Camden and Flanigan's Joint Motion to Stay Discovery Pending Ruling on Motions to Dismiss (doc. # 19, filed September 16, 2005). A response and a reply have been filed. Oral argument would not be of material assistance. Drs. Camden and Flanigan were dismissed on October 4, 2005. Accordingly, Defendants Camden and Flanigan's Joint Motion to Stay Discovery Pending Ruling on Motions to Dismiss (doc. # 19, filed September 16, 2005). is now moot and is therefore **denied**.

October 5, 2005.                    By the Court:
                                                                    s/Patricia A. Coan
                                                                    Patricia A. Coan
                                                                    Magistrate Judge